Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

~~Northern~~ Eastern District of Arkansas

Northern Division

Walter Morrow JR.
Horcelia L. Morrow

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Debbie Finch
Ken Finch
Southard Family Jh Family Trust, et al.

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:21-CV-00135-JM
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 16 2021

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Walter Morrow JR & Horcelia L. Morrow
Street Address: 221 Southard Street
City and County: Gosnell, Mississippi
State and Zip Code: Arkansas
Telephone Number: 314-443-8080 (walter) 217-742-7436 (Horcelia)
E-mail Address: waltermorrowjr@yahoo.com  cookie_bowen2003@yahoo.com (Horcelia)

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### Defendant No. 1

| | |
|---|---|
| Name | Debbie Finch |
| Job or Title (if known) | Property Manager |
| Street Address | 125 Shields Lane |
| City and County | Gosnell, Mississippi |
| State and Zip Code | Arkansa, 72315 |
| Telephone Number | 1-870-740-4377 |
| E-mail Address (if known) | Unknown |

### Defendant No. 2

| | |
|---|---|
| Name | Ken Finch |
| Job or Title (if known) | Property Manager |
| Street Address | 125 Shields Lane |
| City and County | Gosnell, Mississippi |
| State and Zip Code | Arkansa 72315 |
| Telephone Number | 1-870-776-7643 |
| E-mail Address (if known) | Unknown |

### Defendant No. 3

| | |
|---|---|
| Name | Southard Family JL Family Trust, et al. |
| Job or Title (if known) | Owners |
| Street Address | 125 Shields Lane |
| City and County | Gosnell, Mississippi |
| State and Zip Code | Arkansa 72315 |
| Telephone Number | Unknown |
| E-mail Address (if known) | Unknow |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Walter Morrow JR - Hordelia L. Morrow, is a citizen of the State of *(name)* Arkansa.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* Debbie Finch - Ken Finish, is a citizen of the State of *(name)* Arkansa. Or is a citizen of *(foreign nation)*

2. If the defendant is a corporation

   The defendant, *(name)* Southard Family Sh Family Trust, et al. is incorporated under the laws of the State of *(name)*, and has its principal place of business in the State of *(name)*. Or is incorporated under the laws of *(foreign nation)*, and has its principal place of business in *(name)*.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

No

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 1-4-2020, at *(place)* 221 Southard Street Apt B,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)* Property Owner and Property Manager violated our Constitutional rights, for due of Living in a Safe environment. Violations of the Disability Act

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Failure to make handicap accessible, Entrance and exit Surgery is needed, Torn right knee, husband has fulling, he has a Severi hips & handicap impairments.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. We are asking the courts to respectfully order that the property owners and or the Trust of the Southards Award all of our rent up To date of 2020 thru 2021, Due to the Negligence against Tenants (Walter Morray Sr and Horcelia Morrow Disabled Clinically, $ 450.00 back pay. All medical bill for Injury Sustaining Due to negligence, refused to make a Safe and enjoyable way of living. Were asking the courts to please reward us as a whole, in the amount of $ 60,000. With the permission of the courts we do have all exhibits to prove that we are asking for this amount.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 14th 2021

Signature of Plaintiff: *Walt Mond Jr.*   *Clarelia L Morrow*
Printed Name of Plaintiff: Walton Morrow Jr.   Hercelia L. Morrow

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address